UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUROPEAN SCHOOL OF ECONOMICS
FOUNDATION and ESE NYC, INC. d/b/a
EUROPEAN SCHOOL OF ECONOMICS,

Plaintiff,

-v-

TEKNOLOJI HOLDINGS A.S. and
MEHMET EMIN HITAY,

Defendant.

Case No. _____

**Rule 7.1 Statement**

08 CV 2235

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

TEKNOLOJI HOLDINGS A.S. and MEHMET EMIN HITAY    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:**  March 5, 2008

**Signature of Attorney**

**Attorney Bar Code:** GS: 2371

United States District Court
Southern District of New York

                                                                08 Civ.
-----------------------------------------------------------------------

EUROPEAN SCHOOL OF ECONOMICS
FOUNDATION and ESE NYC, INC. d/b/a
EUROPEAN SCHOOL OF ECONOMICS,

                               Plaintiffs,

   - against -


TEKNOLOJI HOLDINGS A.S. and MEHMET
EMIN HITAY,

                               Defendants.

-----------------------------------------------------------------------

# NOTICE OF REMOVAL

---

| | |
|---|---|
| Nusret A. Haker, Esq.<br>(NH 4696)<br>HAKER & OZISIK LLP<br>29 Broadway, Suite 1500<br>New York, New York 10006<br>(212) 509-0099<br>nusret@haker-ozisik.com<br><br>Attorney for defendants | GARETH W. STEWART, ESQ.<br>(GS 2371)<br>29 Broadway, 9th Floor<br>New York, New York 10006<br>(646) 723-9504<br>*garethws@att.net*<br><br>Counsel to defendants |