**CERTIFICATE OF SERVICE**

I, Gareth W. Stewart, certify that the following individual was served on March 6, 2008 with the NOTICE OF REMOVAL by the below identified method of service.

<u>Regular Mail</u>

James M. Strauss, Esq.
PUTNEY TWOMBLY HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
 (212) 682-0020

Attorneys for plaintiffs


Dated:   New York, New York
         March 7, 2008

_____
Gareth W. Stewart, Esq.