UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUROPEAN SCHOOL OF ECONOMICS FOUNDATION and ESE NYC, INC. d/b/a EUROPEAN SCHOOL OF ECONOMICS,<br><br>Plaintiffs,<br><br>- against -<br><br>TEKNOLOJI HOLDINGS A.S. and MEHMET EMIN HITAY,<br><br>Defendants. | 08-CV-2235 (TPG) (THK)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the law firm of Putney, Twombly, Hall & Hirson LLP shall appear as counsel for Plaintiffs European School of Economics Foundation ("ESEF") and ESE NYC, Inc. d/b/a European School of Economics ("ESE").

A copy of all papers in this action should be served on the undersigned, at the address stated below.

Dated: New York, New York
       March 18, 2008

PUTNEY, TWOMBLY, HALL & HIRSON LLP

By:_____
    James M. Strauss (JS-4734)

521 Fifth Avenue
New York, New York 10175
(212) 682-0020

*Attorneys for Plaintiffs*

TO: Nusret A. Haker, Esq.
   Haker & Ozisik LLP
   29 Broadway, Suite 1500
   New York, New York 10006

   *Attorneys for Defendants*

   Gareth W. Stewart, Esq.
   29 Broadway, 9th Floor
   New York, New York 10006

   *Counsel for Defendants*

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             : ss.
COUNTY OF NEW YORK           )

James M. Strauss, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside at New York, New York.

2. On March 18, 2008, I served the within NOTICE OF APPEARANCE upon:

> Nusret A. Haker, Esq.
> Haker & Ozisik LLP
> 29 Broadway, Suite 1500
> New York, New York 10006
>
> *Attorneys for Defendants*
>
> Gareth W. Stewart, Esq.
> 29 Broadway, 9th Floor
> New York, New York 10006
>
> *Counsel for Defendants*

in this action by depositing a true copy thereof enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
James M. Strauss

Sworn to before me this 18th
day of March, 2008

_____
Notary Public

BARBARA MAISTO
Notary Public, State of New York
No. 02MA6014456
Qualified in New York County
Commission Expires ~~October 10, 2006~~
January 4, 2011