UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUROPEAN SCHOOL OF ECONOMICS FOUNDATION and ESE NYC, INC. d/b/a EUROPEAN SCHOOL OF ECONOMICS,<br><br>Plaintiffs,<br><br>- against -<br><br>TEKNOLOJI HOLDINGS A.S. and MEHMET EMIN HITAY,<br><br>Defendants. | 08-CV-2235 (TPG) (THK)<br><br>**FED. R. CIV. P. 7.1 STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs European School of Economics Foundation ("ESEF") and ESE NYC, Inc. d/b/a European School of Economics ("ESE") certifies that neither ESEF nor ESE has any corporate parents, affiliates and/or subsidiaries which are publicly traded.

Dated: New York, New York
       March 18, 2008

PUTNEY TWOMBLY HALL & HIRSON LLP

By _____
   James M. Strauss (JS-4734)

521 Fifth Avenue
New York, New York 10175
Telephone: 212-682-0020
Telefax: 212-682-9380

*Attorneys for Plaintiffs*

TO:   Nusret A. Haker, Esq.
      Haker & Ozisik LLP
      29 Broadway, Suite 1500
      New York, New York 10006

      *Attorneys for Defendants*

      Gareth W. Stewart, Esq.
      29 Broadway, 9th Floor
      New York, New York 10006

      *Counsel for Defendants*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           : ss.
COUNTY OF NEW YORK         )

James M. Strauss, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside at New York, New York.

2. On March 18, 2008, I served the within Fed. R. Civ. P. 7.1 Statement upon:

> Nusret A. Haker, Esq.
> Haker & Ozisik LLP
> 29 Broadway, Suite 1500
> New York, New York 10006
>
> *Attorneys for Defendants*
>
> Gareth W. Stewart, Esq.
> 29 Broadway, 9th Floor
> New York, New York 10006
>
> *Counsel for Defendants*

in this action by depositing a true copy thereof enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
James M. Strauss

Sworn to before me this 18th
day of March, 2008

_____
Notary Public

BARBARA MAISTO
Notary Public, State of New York
No. 02MA6014456
Qualified in New York County
Commission Expires January 4, 2011