UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUROPEAN SCHOOL OF ECONOMICS
FOUNDATION and ESE NYC, INC. d/b/a
EUROPEAN SCHOOL OF ECONOMICS,

Plaintiff,

-v-

TEKNOLOJI HOLDINGS A.S. and
MEHMET EMIN HITAY,

Defendant.

Case No. _____



**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

TEKNOLOJI HOLDINGS A.S. and MEHMET EMIN HITAY    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: March 5, 2008

Signature of Attorney

Attorney Bar Code: GS: 2371

Form Rule7_1.pdf  SDNY Web 10/2007