UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

EUROPEAN SCHOOL OF ECONOMICS :
FOUNDATION and ESE NYC, INC. d/b/a
EUROPEAN SCHOOL OF ECONOMICS, : 08 Civ. 2235 (TPG) (THK)

          Plaintiffs, :

          **NOTICE OF APPEARANCE**

  -against- :

TEKNOLOJI HOLDINGS A.S. and MEHMET :
EMIN HITAY,

          Defendants. :
-------------------------------------------------------------

    PLEASE TAKE NOTICE that the law firm of Haker & Ozisik LLP shall appear as co-counsel for Defendants Teknoloji Holdings A.S. and Mehmet Emin Hitay.

    A copy of all pleadings and documents in this action should be served on the undersigned, at the address below.

Dated: New York, New York
       March 24, 2008

                                          HAKER & OZISIK LLP,
                                          Attorneys for Defendants

                                          By:_____
                                              Nusret A. Haker (NH-4696)

                                          29 Broadway, Suite 1500
                                          New York, New York 10006
                                          (212) 509-0099