UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
EUROPEAN SCHOOL OF ECONOMICS  :
FOUNDATION and ESE NYC, INC. d/b/a  :
EUROPEAN SCHOOL OF ECONOMICS,  :      08 Civ. 2235 (TPG) (THK)
:
Plaintiffs,  :
:      **NOTICE OF APPEARANCE**
-against-  :
:
TEKNOLOJI HOLDINGS A.S. and MEHMET  :
EMIN HITAY,  :
:
Defendants.  :
-------------------------------------------------------

PLEASE TAKE NOTICE that the law firm of Haker & Ozisik LLP shall appear as co-counsel for Defendants Teknoloji Holdings A.S. and Mehmet Emin Hitay.

A copy of all pleadings and documents in this action should be served on the undersigned, at the address below.

Dated: New York, New York
       March 25, 2008

                                        HAKER & OZISIK LLP,
                                        Attorneys for Defendants

                                        By: _____
                                            Nusret A. Haker (NH-4696)

                                        29 Broadway, Suite 1500
                                        New York, New York 10006
                                        (212) 509-0099
                                        E-mail: nusret@haker-ozisik.com