UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

EUROPEAN SCHOOL OF ECONOMICS  :
FOUNDATION and ESE NYC, INC. d/b/a  :
EUROPEAN SCHOOL OF ECONOMICS,  :     08 Civ. 2235 (TPG) (THK)
                                                            :
     Plaintiffs,  :
                                                            :     **NOTICE OF APPEARANCE**
 -against-  :
                                                            :
TEKNOLOJI HOLDINGS A.S. and MEHMET  :
EMIN HITAY,  :
                                                            :
     Defendants.  :
------------------------------------------------------------

  PLEASE TAKE NOTICE that the law firm of Haker & Ozisik LLP shall appear as co-counsel for Defendants Teknoloji Holdings A.S. and Mehmet Emin Hitay.

  A copy of all pleadings and documents in this action should be served on the undersigned, at the address below.

Dated: New York, New York
   March 25, 2008

                HAKER & OZISIK LLP,
                Attorneys for Defendants

                By: _/s/ Nusret A. Haker_
                Nusret A. Haker (NH-4696)

29 Broadway, Suite 1500
New York, New York 10006
(212) 509-0099
E-mail: nusret@haker-ozisik.com